Case 1:24-cv-07796-GHW   Document 27   Filed 07/16/25   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
STEFAN JEREMIAH, :
:
                          Plaintiff, :       1:24-cv-7796-GHW
:
           -v - :       ORDER
:
SING TAO NEWSPAPERS NEW YORK LTD., :
:
:
                 Defendant. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      As stated on the record during the telephone conference held on July 16, 2025, if Plaintiff wishes to submit the motion for sanctions described in his July 2, 2025 letter, Dkt. No. 24, he must do so on September 11, 2025.  If Plaintiff submits the motion, Defendant's opposition will be due three weeks after the date of service of Plaintiff's motion, and Plaintiff's reply, if any, will be due one week after the date of service of Defendant's opposition.

      SO ORDERED.

Dated:  July 16, 2025
New York, New York

                                                                GREGORY H. WOODS
                                                  United States District Judge